IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES WEIGOLD and** | : | **CIVIL ACTION** |
| **NORA WEIGOLD** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FORD MOTOR COMPANY, THOR** | : | |
| **MOTOR COACH, PRECISION** | : | |
| **CIRCUITS, and CAMPING WORLD OF** | : | |
| **BRIDGEPORT, NJ** | : | **NO. 20-2141** |

## ORDER

**NOW**, this 1st day of September, 2020, upon consideration of Defendants Thor Motor Coach and Meyer's RV Centers, LLC's[1] Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 8) and the plaintiffs' response, it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**.

It is **FURTHER ORDERED** that Count III as to defendant Meyer's and Count IV of the complaint are **DISMISSED**.

/s/ TIMOTHY J. SAVAGE J.

---

[1] The complaint incorrectly identifies Meyer's as Camping World of Bridgeport NJ. Thor and Meyer's Mot. for Dism. at 1 (ECF No. 8).