# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES WEIGOLD and** : | **CIVIL ACTION** |
| **NORA WEIGOLD** : | |
| : | |
| **v.** : | |
| : | |
| **FORD MOTOR COMPANY, THOR** : | |
| **MOTOR COACH, PRECISION** : | |
| **CIRCUITS, and CAMPING WORLD OF** : | |
| **BRIDGEPORT, NJ** : | **NO. 20-2141** |

## ORDER

**NOW**, this 9th day of September, 2020, upon consideration of Ford Motor Company's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) (Document No. 3) and the plaintiffs' response, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.